# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Monique Lopez, | ) | |
|---|---|---|
| | ) | **ORDER FOR STATUS PRETRIAL** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| TS Banking Group, d/b/a The Bank of Tioga, | ) | |
| | ) | Case No. 1:19-cv-166 |
| Defendant. | ) | |

**IT IS ORDERED:**

A status conference will held before the magistrate judge on June 2, 2020, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 9th day of October, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court