# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Monique Lopez, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| TS Banking Group, d/b/a The Bank of ) | |
| Tioga, ) | Case No. 1:19-cv-166 |
| ) | |
| Defendant. ) | |

On April 20, 2020, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Doc. No. 15) and **ORDERS** that the pretrial deadlines be modified as follows:

1. The parties shall have until February 5, 2021, to complete all written discovery with the understanding that all discovery requests shall be served a minimum of thirty (30) days prior to the deadline.

2. The parties shall have until February 19, 2021, to file discovery motions.

3. The deadlines for disclosing experts and reports are:

    a. Plaintiff: November 13, 2020;

    b. Defendant: December 11, 2020; and

    c. Rebuttal: January 15, 2021.

4. The parties shall have until March 12, 2021, to complete discovery depositions of expert witnesses.

5. The parties shall have until July 10, 2020, to file motions to join additional parties.

6. The parties shall have until August 10, 2020, to file motions to amend the pleadings.

7. The parties shall have until October 9, 2020, to file motions to amend the pleadings to add punitive damage claims.

8. The parties shall have until January 8, 2021, to file nondispositive motions (e.g. consolidation, bifurcation).

9. The parties shall have until April 9, 2021, to file dispositive motions (e.g. summary judgment).

10. The parties shall have until May 10, 2021, to file <u>Daubert</u> motions.

The court furthers **ORDERS** that the final pretrial conference set for April 13, 2021, shall be rescheduled for September 14, 2021, at 2:00 p.m. before the Magistrate Judge by telephone. The jury trial set for April 26, 2021, shall be rescheduled for September 27, 2021, at 9:00 a.m. in Bismarck before Judge Traynor (courtroom #1). A four day trial is anticipated.

Finally, the court **ORDERS** that the status conference scheduled for June 2, 2020, shall be rescheduled for November 30, 2020, at 9:00 a.m. by telephone. To participate in the status conference and the final pretrial conference, counsel should dial (877) 810-9415 and enter Access Code 8992581.

Dated this 21st day of April, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court