## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Monique Lopez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| TS Banking Group, d/b/a The Bank of Tioga, | ) | Case No. 1:19-cv-166 |
| | ) | |
| Defendant. | ) | |

On February 15, 2021, the Plaintiff filed motions to amend the scheduling order and for an expedited ruling.  On February 17, 2021, the Court held a status conference with the parties. Pursuant to its discussion with the parties during the status conference, the Court shall stay all pretrial deadlines pending further order.  Additionally, the Court shall schedule a conference with the parties by telephone on March 18, 2021, at 9:00 AM to address the status of this case and, if necessary, revisions to its scheduling order. To participate in this conference, the parties should dial (877) 810-9415 and enter access code 8992581.  The Plaintiff's motions to amend the scheduling order and for an expedited ruling (Doc. Nos. 34 and 36) are deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2021.

*/s/ Clare R. Hochhalter*
Clare. R. Hochhalter, Magistrate Judge
United States District Court